IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MESHAC M. ABENTEGO,

      Appellant,

v.

      Case No.  5D22-377
      LT Case No. 2014-303621-CFDB

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed April 12, 2022

3.850 Appeal from the Circuit Court
for Volusia County,
Raul A. Zambrano, Judge.

Meshac M. Abentego, Graceville, pro se.

No Appearance for Appellee.

PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., HARRIS and TRAVER, JJ., concur.